

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2022

No. 04-22-00510-CV

Richard L. **PEREZ**,
Appellant

v.

**DEPARTMENT STORES NATIONAL BANK**, now merged into Citibank, N.A.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV05057
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant Richard Perez's brief was due on October 27, 2022. Neither the brief nor a motion for extension of time has been filed.

We ORDER Richard Perez to file, on or before **December 13, 2022**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. If Richard Perez fails to file a brief and the written response by the date ordered, his appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a); *see also* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court